# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE SUBSTITUTION OF DEFENSE COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael John Gietl, | ) | Case No. 4:15-mj-100 |
| | ) | |
| Defendant. | ) | |

The court, pursuant to 18 U.S.C. § 3006A, appointed Assistant Federal Public Defender William Schmidt to represent defendant in this matter. The court now appoints attorney Ashley Flagstad to represent defendant, substitutes her as defense counsel of record and permits Mr. Schmidt to withdraw

**IT IS SO ORDERED.**

Dated this 14th day of July, 2015.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court